Date: 4 - 15

Jimmie Johnson-El #1898717
Connally Unit
899 fm 632
Kenedy, Tx 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 07 2015
Abel Acosta, Clerk

RE: Dear Ms. Abel Acosta,

My Appeal Attorney filed a out of time P.D.R.-#1631-14 + PD-1632-14 on my behalf, but she filed the P.D.R. after my case were mandated in February of 2015.

I would like to know what the status of my P.D.R. is please.

※ Cause numbers: #1346765 & #1366083
In the 338th Judicial District Court of Harris County, Texas

※ Cause numbers: #01-13-01056-CR & #01-13-01057-CR
In the Court of Appeals for the First Judicial District

Thank you for your time and patience, I hope to be hearing from you soon.

Sincerely,
J. Johnson-El